| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA HARTER, #179741 |
| | Chief Assistant Federal Defender |
| 3 | BERIT L. ELAM |
| | Certified Student Attorney |
| 4 | 801 "I" Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 5 | |
| | Attorney for Defendant |
| 6 | JOHN GODFREY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:14-MJ-00059-KJN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) TO CONTINUE SENTENCING HEARING |
| v. | ) |
| | ) DATE: November 5, 2014 |
| JOHN GODFREY, | ) TIME: 9:00 a.m. |
| | ) JUDGE: Hon. Kendall J. Newman |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PETE MULARCZYK, Special Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, attorney for defendant JOHN GODFREY that the Court vacate the sentencing date of October 29, 2014, and set a new sentencing date on November 5, 2014 at 9:00 a.m.

The continuance is being requested to allow the defense additional time to review mitigating evidence and to prepare for sentencing.

Dated: October 21, 2014                                       Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda Harter*
LINDA HARTER
Assistant Federal Defender
Attorney for Defendant
JOHN GODFREY

*U.S. v. Godfrey*                    -1-
  Stipulation and Order

| | |
|---|---|
| Dated: October 21, 2014 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/Peter Mularczyk*<br>PETER MULARCZYK<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |

## **O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 29, 2014 sentencing be continued to November 5, 2014, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  October 23, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

*U.S. v. Godfrey*
Stipulation and Order

-2-