HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
linda.allison@fd.org

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:14-MJ-0059-KJN |
|---|---|
| Plaintiff, | ) |
| | ) JOINT STATUS MEMORANDUM; |
| vs. | ) STIPULATION AND ORDER TO VACATE |
| | ) STATUS CONFERENCE AND SET |
| JOHN E. GODFREY, | ) SENTENCING HEARING DATE |
| | ) |
| Defendant. | ) New Date: July 12, 2017 |
| | ) Time: 9:00 a.m. |
| | ) Judge: Kendall J. Newman |

By order filed at ECF No. 35, this Court set this matter for status conference on May 31, 2017 and ordered the parties to file status reports addressing the following issues: (a) how the Court's restitution order should be amended, if at all, including any agreement the parties may have reached in that regard; (b) whether a further sentencing hearing is required, and if so, whether an evidentiary hearing is necessary; (c) any further proceedings the parties believe may be required; and (d) a proposed schedule for any further proceedings and briefing, if any.

The parties have conferred on these issues and propose the following: (1) the Court must resentence Mr. Godfrey because the District Court vacated one of the counts (Count 5) of the conviction; (2) the parties request that the resentencing hearing be scheduled for July 12, 2017 and that the May 31, 2017 status conference be vacated; and (3) the parties be permitted to submit further briefing on sentencing by July 5, 2017.

Regarding restitution, the parties have not reached an agreement on a new restitution amount. The parties submit the following positions as to how the Court should amend its restitution order, if at all:

*The Government's Position*: The Court should impose the same $7500 restitution sentence as it imposed in the original judgment. ECF No. 28. The Government submitted a sentencing memorandum including supporting evidence showing that the defendant's criminal conduct caused $15,488 in losses to the United States, and only up to $1,758 of that total was attributable to Count 5. ECF No. 23 at 5-6. Accordingly, there is sufficient evidence in the record to support the Court's original restitution award of only $7,500. ECF No. 28 at 2. An evidentiary hearing is unnecessary.

*The Defense's Position*: The defense position is that the vacation of one of the three counts in this case requires a full resentencing hearing, including an evidentiary hearing on restitution.

//
//

1 | Accordingly, IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Special Assistant United States Attorney ROBERT ARTUZ, attorney for Plaintiff, and Chief Assistant Federal Defender LINDA ALLISON, attorney for defendant JOHN GODFREY, the status conference set forth May 31, 2017 be vacated, and that a sentencing date be set for July 12, 2017.

Dated: May 16, 2017

HEATHER E. WILLIAMS
Federal Defender

*/s/ LINDA C. ALLISON*
LINDA C. ALLISON
Chief Assistant Federal Defender
Attorney for Defendant

Dated: May 16, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ ROBERT ARTUZ
ROBERT ARTUZ
Special Assistant United States Attorney
Attorney for Plaintiff

IT IS SO ORDERED:

Dated: May 23, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE