IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-MJ-0059-KJN |
| Plaintiff, ) | |
| vs. ) | ORDER TO REMOVE EXHIBITS S-3 THROUGH S-7 ON THE SUPPLEMENTAL SENTENCING MEMORANDUM |
| JOHN E. GODFREY, ) | |
| Defendant. ) | New Date: July 12, 2017<br>Time: 9:00 a.m.<br>Judge: Kendall J. Newman |

IT IS HEREBY ORDERED that the exhibits for clerk's docket number 41 attachment 1, be removed from the docket and defense counsel refile the exhibits to the Supplemental Sentencing Memorandum.

Dated: July 10, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE